**Rosa LAWRENCE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28478.

Court of Criminal Appeals of Texas.
June 30, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is upon three counts of selling beer in a dry area; the punishment, Count No. 1 a fine of $150, Count No. 2 a fine of $150, and Count No. 3 a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.